| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JaVonne M. Phillips, Esq. SBN 187474<br>Merdaud Jafarnia, Esq. SBN 217262<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (877) 369-6122<br>Fax (619) 685-4811<br><br>*Attorney for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>Nicholas Andrew Colachis aka Nick A Colachis dba Nickco Development,<br><br><br><br>                                                                                Debtor. | CHAPTER 13<br><br>CASE NUMBER 2:17-bk-20458-WB<br><br>DATE: 04/18/2018<br><br>TIME: 1:30PM<br><br>COURTROOM: 1375 |

## ORDER ON OBJECTIONS TO CLAIM

The Debtor or Trustee having filed objections to certain claims, the Court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing therefore, the Court makes the following ruling as to the objections to claims:

(**NOTES FOR USE OF THIS FORM**: *List claims in ascending numerical order based upon the Clerk's Claim Number. Use a separate box below for each Claim. Attach as many Continuation Pages as are necessary.*)

| | |
|---|---|
| Calendar Number:38        Claim Number:5        Claim Amount: $ 2,266,719.46<br><br>Claimant Name: *U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*<br><br>☐ Disallowed     ☒ Allowed:        ☐ Unsecured:$            ☐ Priority: $<br><br>Basis for Objection: | For Court Use Only |

###

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*                                                                                                                                                          **F 3007-1.1**